No. 24-1736

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

YOLANY PADILLA, et al.,

*Plaintiffs-Appellees*,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

*Defendants-Appellants*,

On Appeal from the United States District Court
For the Western District of Washington
No. 2:18-cv-00928-MJP
Hon. Marsha J. Pechman

**PLAINTIFFS-APPELLEES' RESPONSE TO DEFENDANTS-APPELLANTS' PETITION FOR PERMISSION TO APPEAL INTERLOCUTORY ORDER PURSUANT TO 28 U.S.C. § 1292(b)**

Matt Adams
Leila Kang
Glenda M. Aldana Madrid
NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Avenue Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org
leila@nwirp.org
glenda@nwirp.org

Trina A. Realmuto
Kristin Macleod-Ball
NATIONAL IMMIGRATION
LITIGATION ALLIANCE
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigration.litigation.org
kristin@immigrationlitigation.org

Anand Balakrishnan
ACLU IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2618
abalakrishnan@aclu.org

Emma Winger
AMERICAN IMMIGRATION COUNCIL
1331 G Street NW, Suite 200
Washington, DC 20005
(202) 507-7512
ewinger@immcouncil.org

*Attorneys for Plaintiffs-Appellees*

## PLAINTIFFS-APPELLEES' NON-OPPOSITION

After the district court denied Defendants-Appellants' motion to dismiss the remaining claims, Defendants-Appellants moved the district court for leave to petition this Court for interlocutory review under 28 U.S.C. § 1292(b). The district court granted Defendants-Appellants' motion. In light of the district court's order, Plaintiffs-Appellees submit this statement of non-opposition to Defendants-Appellants' petition before this Court. While Plaintiffs-Appellees argued below that Defendants-Appellants have not met the stringent standard required for certification of an interlocutory appeal of this nature, Plaintiffs-Appellees accept the district court's findings that "an immediate appeal will materially advance the resolution of this litigation" and conserve "limited [litigation] resources." ACMS 2.1 at 33.

Plaintiffs-Appellees note that the prosecution of their due process claim requires further fact development regarding discretionary parole determinations, the protections or lack thereof in those determinations, the length of detention class members experience, the effect of detention on class members' abilities to obtain counsel and present their claims, and other similar datapoints that will inform the due process analysis. Indeed, this Court previously ordered further development of the record when it initially ruled in this matter. *See Padilla v. Immigr. & Customs Enf't*, 953 F.3d 1134, 1149 (9th Cir. 2020), *cert. granted, judgment vacated*, 141 S. Ct. 1041 (2021).

However, Plaintiffs-Appellees accept the district court's finding that judicial economy is best served by first having this Court review the threshold questions

1

addressed by the district court's order. As such, Plaintiffs-Appellees advise that they do not oppose Defendants-Appellants' petition for interlocutory appeal.

## CONCLUSION

For the foregoing reasons, Plaintiffs-Appellees do not oppose certification of the instant interlocutory appeal.

Dated: April 1, 2024

| | |
|---|---|
| *s/ Matt Adams* | *s/ Trina Realmuto* |
| Matt Adams | Trina Realmuto |
| *s/ Leila Kang* | *s/ Kristin Macleod-Ball* |
| Leila Kang | Kristin Macleod-Ball |
| *s/ Glenda M. Aldana Madrid* | NATIONAL IMMIGRATION |
| Glenda M. Aldana Madrid | LITIGATION ALLIANCE |
| NORTHWEST IMMIGRANT | 10 Griggs Terrace |
| RIGHTS PROJECT | Brookline, MA 02446 |
| 615 Second Avenue, Suite 400 | (617) 819-4447 |
| Seattle, WA 98104 | |
| (206) 957-8611 | |
| | *s/ Anand Balakrishnan* |
| *s/ Emma Winger* | Anand Balakrishnan |
| Emma Winger | ACLU IMMIGRANTS' RIGHTS PROJECT |
| AMERICAN IMMIGRATION | 125 Broad Street, 18th floor |
| COUNCIL | New York, NY 10004 |
| American Immigration Council | (212) 549-2618 |
| 1331 G Street NW, Suite 200 | |
| Washington, DC 20005 | |
| (202) 507-7512 | |
| ewinger@immcouncil.org | |

*Attorneys for Plaintiffs-Appellees*

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing statement complies with the limitation of Ninth Circuit Rule 5-2 because it is less than 20 pages. This brief complies with the typeface and the type style requirements of Federal Rule of Appellate Procedure 32 because this brief has been prepared in a proportionally spaced typeface using Word 14-point Times New Roman typeface.

Signature:    s/ Leila Kang                              Date: April 1, 2024
              Leila Kang