UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YOLANY PADILLA, et al.; | No. 24-1736 |
| Plaintiffs - Respondents, | D.C. No. 2:18-cv-928 Western District of Washington, Seattle |
| v. | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.; | ORDER |
| Defendants - Petitioners. | |

Before: HAWKINS, S.R. THOMAS, and BADE, Circuit Judges.

The petition for permission to appeal is granted. *See* 28 U.S.C. § 1292(b).

Within 14 days, petitioner must comply with Federal Rule of Appellate Procedure 5(d)(1).